WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
FRANCIS M. GREGOREK (144785)
gregorek@whafh.com
BETSY C. MANIFOLD (182450)
manifold@whafh.com
FRANCIS A. BOTTINI, JR. (175783)
bottini@whafh.com
RACHELE R. RICKERT (190634)
rickert@whafh.com
Symphony Towers
750 B Street, Suite 2770
San Diego, CA 92101
Telephone: 619/239-4599
Facsimile: 619/234-4599

LAW OFFICES BERNARD M.
  GROSS, P.C.
DEBORAH R. GROSS
Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA 19107
Telephone: 215/561-3600
Facsimile:  215/561-3000

Co-Lead Counsel for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re XILINX INC. DERIVATIVE LITIGATION | ) Master File No.  C-06-3564-RMW<br>) and C-06-04016-RMW<br>)<br>) |
| This Document Relates To:<br><br>    All Actions | ) **STIPULATION AND [PROPOSED]**<br>) **ORDER OF VOLUNTARY DISMISSAL**<br>) **OF ACTION**<br>)<br>) |

WHEREAS, the parties have discussed a final resolution of this matter;

IT IS HEREBY STIPULATED AND AGREED by and through the parties' respective counsel, that this consolidated action shall be terminated and dismissed under the following terms and conditions:

1. The parties agree to dismiss plaintiffs' claims against each defendant in the above-captioned matter pursuant to Fed. R. Civ. P. 41(a)(1). This dismissal shall be with prejudice as to the individual plaintiffs, L A Murphy and Stephen A. Blum, and without prejudice as to the rights of nominal defendant Xilinx, Inc.;

2. No party shall seek reimbursement from any other party of any fees, costs, expenses or damages in connection with the filing, prosecution, defense or dismissal of this action or the events that are the subject of this action;

3. Defendants will not contend that plaintiffs' action was not filed or prosecuted in good faith;

4. The parties and their counsel intend to effect, by and through this Stipulation and Order, a full, mutual and complete release of any and all claims that they may have against one another arising from the filing, prosecution, defense or dismissal of this action;

5. The parties represent that the defendants have not made or promised any payment, direct or indirect, to the plaintiffs or their counsel in consideration of the dismissal of this action;

6. A class has not been certified in this action and there has been no determination respecting plaintiffs' standing to pursue claims derivatively on behalf of Xilinx, Inc.;

7. Defendants have not filed or served an answer to the complaint or a motion for summary judgment; and

///
///
///
///
///
///

1      8.    This Stipulation reflects the terms of dismissal of this action.  The Court shall retain jurisdiction for the purposes of enforcing the terms of this Stipulation.

IT IS SO STIPULATED.

DATED:  December 19, 2006    WOLF HALDENSTEIN ADLER
    FREEMAN & HERZ LLP
FRANCIS M. GREGOREK
BETSY C. MANIFOLD
FRANCIS A. BOTTINI, JR.
RACHELE R. RICKERT

*/s/ Rachele R. Rickert*
RACHELE R. RICKERT

750 B Street, Suite 2770
San Diego, CA 92101
Telephone:  619/239-4599
Facsimile:   619/234-4599

Co-Lead Counsel for Plaintiffs

DATED:  December 19, 2006    LAW OFFICES BERNARD M. GROSS, P.C.
DEBORAH R. GROSS

*/s/ Deborah R. Gross /RRR*
DEBORAH R. GROSS

Wanamaker Bldg., Suite 450
100 Penn Square East
Philadelphia, PA 19107
Telephone:  215/561-3600
Facsimile:   215/561-3000

Co-Lead Counsel for Plaintiffs

DATED:  December 19, 2006    SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
JAMES E. LYONS
GARRETT WALTZER
AMY S. PARK

*/s/ Garrett Waltzer /RRR*
GARRETT WALTZER

525 University Avenue Suite 1100
Palo Alto, California 94301
Telephone:  650/470-4500
Facsimile:   650/470-4570

STIPULATION & [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF ACTION
Master File No. C-06-3564-RMW

- 2 -

| | |
|---|---|
| 1 | |
| 2 | SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>JAMES E. LYONS |
| 3 | Four Embarcadero Center, Suite 3800<br>San Francisco, California 94111 |
| 4 | Telephone: 415/984-6400<br>Facsimile:  415/984-2698 |
| 5 | |
| 6 | SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>AMY S. PARK |
| 7 | 300 South Grand Avenue, Suite 3400<br>Los Angeles, CA  90071 |
| 8 | Telephone: 213/687-5000<br>Facsimile:  213/687-5600 |
| 9 | |
| 10 | Counsel for Nominal Defendant Xilinx, Inc. |
| 11 | DATED:  December 19, 2006    HELLER EHRMAN LLP<br>NORMAN J. BLEARS |
| 12 | |
| 13 | _Norman J. Blears /RRR_<br>NORMAN J. BLEARS |
| 14 | |
| 15 | 275 Middlefield Road<br>Menlo Park, CA 94025<br>Telephone: 650/324-7000 |
| 16 | Facsimile:  650/324-0638 |
| 17 | HELLER EHRMAN LLP<br>MICHAEL SHEPARD |
| 18 | 333 Bush Street, Suite 3100<br>San Francisco, CA 94104-2878 |
| 19 | Telephone: 415/772-6000<br>Facsimile:  415/772-6268 |
| 20 | |
| 21 | Counsel for Defendants John L. Doyle, Jerald G. Fishman, Philip T. Gianos, William G. Howard, Jr., Harold E. Hughes, Michael Patterson and Elizabeth W. Vanderslice |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

STIPULATION & [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF ACTION
Master File No. C-06-3564-RMW

- 3 -

| | | |
|---|---|---|
| 1 | DATED: December 19, 2006 | KEKER & VAN NEST |
| 2 | | JAN NIELSEN LITTLE |
| | | MICHAEL CELIO |

*Michael Celio /RRR*
_____
MICHAEL CELIO

710 Sansome Street
San Francisco, CA 94111-1704
Telephone: 415/391-5400
Facsimile: 415/397-7188

Counsel for Defendants William P. Roelandts, Kris Chellam and Jon A. Olson

\*   \*   \*

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: __1/8/07__          /S/ RONALD M. WHYTE
                          _____
                          UNITED STATES DISTRICT COURT JUDGE

XILINX:14319.STIP

STIPULATION & [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF ACTION
Master File No. C-06-3564-RMW

- 4 -

1 | DECLARATION OF SERVICE

2 | I, Maureen Longdo, the undersigned, declare:

3 |     1.    That declarant is and was, at all times herein mentioned, a citizen of the United
4 | States and a resident of the County of San Diego, over the age of 18 years, and not a party to or
5 | interested in the within action; that declarant's business address is 750 B Street, Suite 2770, San
6 | Diego, California 92101.

7 |     2.    That on December 19, 2006, declarant served STIPULATION AND [PROPOSED]
8 | ORDER OF VOLUNTARY DISMISSAL OF ACTION via the CM/ECF System to the parties
9 | who are registered participants of the CM/ECF System.

10 |     3.    That on December 19, 2006, declarant served the parties who are not registered
11 | participants of the CM/ECF System, via United States Mail.

12 |     4.    That there is regular communication between the parties.

13 | I declare under penalty of perjury that the foregoing is true and correct. Executed this 19th
14 | day of December 2006, at San Diego, California.

*[signature]*
MAUREEN LONGDO

STIPULATION & [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF ACTION
Master File No. C-06-3564-RMW

XILINX
Service List -- August 2, 2006
Page 1

COUNSEL FOR PLAINTIFFS

Francis M. Gregorek
Betsy C. Manifold
Francis A. Bottini, Jr.
Rachele R. Rickert
WOLF HALDENSTEIN ADLER
  FREEMAN & HERZ LLP
750 B Street, Suite 2770
San Diego, CA 92101
   619/239-4599
   619/234-4599 (fax)

\*  William S. Lerach
   Darren J. Robbins
   Travis E. Downs III
   David C. Walton
   LERACH COUGHLIN STOIA GELLER
    REDMAN & ROBBINS LLP
   655 West Broadway, Suite 1900
   San Diego, CA  92101
      619/231-1058
      619/231-7423 (fax)

\*\* Deborah R. Gross
   LAW OFFICES BERNARD M.
    GROSS, P.C.
   Wanamaker Bldg. Suite 450
   100 Penn Square East
   Philadelphia, PA 19107
      215/561-3600
      215/561-3000 (fax)

\*  Kenneth A. Elan
   LAW OFFICES OF KENNETH A. ELAN
   217 Broadway, Suite 606
   New York, NY  10007
      212/619-0261
      212/385-2707 (fax)

COUNSEL FOR DEFENDANTS

\*  Jan Nielsen Little
   Michael D. Celio
   KEKER & VAN NEST LLP
   710 Sansome Street
   San Francisco, CA 94111-1704
      415/391-5400
      415/397-7188 (fax)
   jlittle@kvn.com
   mcelio@kvn.com
   Counsel for Defendants William P.
   Roelandts, Kris Chellam and Jon A. Olson

\*\* Amy S. Park
   SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
   300 South Grand Avenue, Suite 3400
   Los Angeles, CA  90071
      213/687-5000
      213/687-5600 (fax)

\*\* Garrett Waltzer
   SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
   525 University Avenue, Suite 1100
   Palo Alto, CA 94301
      650/470-4500
      650/470-4570 (fax)

\*\* James E. Lyons
   SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
   Four Embarcadero Center, Suite 3800
   San Francisco, CA 94111
      415/984-6400
      415/984-2698 (fax)

   Counsel for Nominal Defendant Xilinx, Inc.

XILINX
Service List -- August 2, 2006
Page 2

COUNSEL FOR DEFENDANTS

\*   Norman J. Blears
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025
    650/324-7000
    650/324-0638 (fax)
Counsel for Defendants John L. Doyle, Jerald G. Fishman, Philip T. Gianos, William G. Howard, Jr., Harold E. Hughes, Michael Patterson and Elizabeth W. Vanderslice

\*   Denotes service via U.S. Mail
\*\*  Denotes service via Electronic Filing